THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN CHUPLIS, | : |
| Plaintiff, | : |
| v. | : 3:20-CV-1757 |
| | : (JUDGE MARIANI) |
| STATE FARM FIRE AND CASUALTY CO., | : |
| Defendant. | : |

### ORDER

AND NOW, THIS _15th_ DAY OF MARCH 2021, upon consideration of Defendant's "Motion to Dismiss Count II of Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6)" (Doc. 4), for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant's Motion to Dismiss (Doc. 4) is **DENIED**.

Robert D. Mariani
United States District Judge